IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES STEPP,  et al.,

                Plaintiff(s),        :

                                      :              Case No. 3:91-cv-468

 - vs -                         :

                                      :              Judge Walter Herbert Rice

MONSANTO RESERACH CORP.
, et al.,                         :

                Defendant(s).      :

---

**ORDER**

---

        It is hereby ordered that the above captioned cause be administratively

processed.

March 6, 2012

                                      WALTER HERBERT RICE,  JUDGE
                                      UNITED STATES DISTRICT COURT

AOProcessing/"Case Settled. Rule 23e hearing set for 5/16/2012 at 3:30 pm."