IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES STEPP, *et al.*, | : | Case No. 3-91-cv-468 |
| Plaintiffs, | : | |
| v. | : | District Judge Walter H. Rice |
| MONSANTO RESEARCH CORP., *et al.* | : | Magistrate Judge Michael J. Newman |
| Defendants. | : | |

## ORDER

To the following individuals and/or estates of the following individuals:

**Charles R Azbill**
204 Johnson Trail
Moraine, OH 45439

**Demaree D DeWeese, Sr**
923 Cottage Avenue
Miamisburg, OH 45342

**Teresa Howard**
1 North River View Avenue
Miamisburg, OH 45342

**Shirley A English**
329 N. Main Street
Miamisburg, OH 45342

**Howard S Serio**
1222 Case Avenue
Miamisburg, OH 45342

**Hubert Howard, III**
1 North River View Avenue
Miamisburg, OH 45342

**Frances J Serio**
1222 Case Avenue
Miamisburg, OH 45342

**Ernest B English**
329 N. Main Street
Miamisburg, OH 45342

**Essie L Derringer**
9015 Mandel Drive
Centerville, OH 45458

**John Burns**
923 Cottage Avenue
Miamisburg, OH 45342

**Robert K Hasty**
218 Cosmos Drive
West Carrollton, OH 45449

**Janet Rose Parrish**
10499 S. Union Road
Miamisburg, OH 45342

**James Darrell Stepp**
361 Three Mile Creek Road
Louisa, KY 41230

**Raymond Eaton**
8869 Dayton Cincinnati Pike
Miamisburg, OH 45342

**Phyllis Trimble**
3108 Poinciana Road
Middletown, OH 45042

**Geneva Lakins**
**(No Address on File)**

The Court's record reflects that you have taken steps to participate in the settlement of the above-captioned case as a claimant.  In order to be paid under the terms of the settlement agreement entered with the Court, you must take additional action.

The Court's record indicates that you have filed a signed General Release, but not a Claim Form.  In order to receive payment as a claimant under the terms of the settlement agreement reached in this action, **you <u>must</u> fill out, sign, and date a CLAIM FORM, and deliver it in person <u>or</u> by mail to the U.S. District Court Clerk's Office by WEDNESDAY, AUGUST 8, 2012**.  The Clerk's office address is:

> **Clerk of Courts**
> **U.S. District Court**
> **200 West Second Street**
> **Dayton, OH 45402**

The Court has enclosed a copy of the **CLAIM FORM** for your convenience.

In addition, Plaintiffs' counsel is **ORDERED** to use its best efforts to contact all of the above-listed individuals to communicate the terms of this Order.

July 27, 2012                                                              s/ **Michael J. Newman**
                                                                                    United States Magistrate Judge