IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES STEPP**, *et al*., | : | Case No. 3-91-cv-468 |
| Plaintiffs, | : | |
| v. | : | |
| | | District Judge Walter H. Rice |
| **MONSANTO RESEARCH CORP.**, *et al*. | : | Magistrate Judge Michael J. Newman |
| Defendants. | : | |

## ORDER

To the following individuals and/or estates of the following individuals:

**Lizzie M Sherman Chambers**
611 Curtis Drive
Miamisburg, OH 45342

**Michelle Milligan**
719 Forest Avenue
Franklin, OH 45005

**Kimberly Puckett**
2801 Wilbraham Road
Apt-A
Middletown, OH 45042

**David A Hayes**
427 Wayne Avenue
Fairborn, OH 45324

**Sharon Azbill**
8641 S Cinn Pk
Miamisburg, OH 45342

**Aldus Weaver**
c/o Joe Ragona
27380 94th Avenue
Donahue, IA 52746

The Court's record reflects that you have taken steps to participate in the settlement of the above-captioned case as a claimant. In order to be paid under the terms of the settlement agreement entered with the Court, you must take additional action.

The Court's record indicates that you have filed a signed Claim Form, but not a General Release. In order to receive payment as a claimant under the terms of the settlement agreement reached in this action, **you must sign and date a GENERAL RELEASE, and deliver it in person or by mail to the U.S. District Court Clerk's Office by WEDNESDAY, AUGUST 8, 2012**. The Clerk's office address is:

**Clerk of Courts
U.S. District Court
200 West Second Street
Dayton, OH 45402**

The Court has enclosed a copy of the **GENERAL RELEASE** for your convenience.

In addition, Plaintiffs' counsel is **ORDERED** to use its best efforts to contact all of the above-listed individuals to communicate the terms of this Order.

July 27, 2012                                  s/ **Michael J. Newman**
                                               United States Magistrate Judge